Rodriguez Samuel Da Matha DE SANTANNA, Plaintiff—Appellant,

v.

Martin O'MALLEY, Governor (first Representative of Maryland); Glenn Ivey, State's Attorney (first Public Prosecutor of PG County); Brian Lofton, Commissioner, Defendants—Appellees,

**and**

State of Maryland, In care of Governor O'Malley, Defendant.

No. 09–2091.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 19, 2010.

Rodriguez Samuel Da Matha De Santanna, Appellant Pro Se.

Before NIEMEYER and DAVIS, Circuit Judges.*

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodriguez Samuel Da Matha De Santanna seeks to appeal the district court order dismissing his claims against one of the four Defendants named in his suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order De Santanna seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*